IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STEVEN A. GOLSON, | : | |
| Plaintiff, | : | Case No. 3:08-cv-012 |
| -vs- | : | District Judge Walter H. Rice<br>Chief Magistrate Judge Michael R. Merz |
| | : | |
| TIM BRUNSMAN, Warden,<br>LEBANON CORRECTIONAL<br>INSTITUTION, | : | |
| | : | |
| Defendant. | | |

### ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 9, 2008, hereby ADOPTS said Supplemental Report and Recommendations.

Therefore, both the original Petition and the Fed. R. Civ. P. 60(b) Motion is DENIED and DISMISSED for lack of subject matter jurisdiction. In addition, Petitioner is DENIED leave to appeal *in forma pauperis* and any requested certificate of appealability. The Clerk shall enter judgment accordingly.

April 11, 2008.

                                                        Walter H. Rice
                                                      United States District Judge